

# THE THIRTEENTH COURT OF APPEALS

13-20-00497-CV

Hugo Arevalo and Lorena Quintanilla
v.
Javier Llamas and Denise G. Valle

On Appeal from the
County Court at Law No. 4 of Hidalgo County, Texas
Trial Court Cause No. CL-20-0597-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part, reversed and rendered in part, and reversed and remanded in part to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART, REVERSED and RENDERED IN PART, and REVERSED and REMANDED IN PART for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

August 11, 2022